DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDRICK S. WELCH, SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2106

[November 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 19-014491CF10A.

Fredrick S. Welch, Sr., South Bay, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***